UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | NO. 16-171 |
| | * | |
| versus | * | SECTION  F |
| | * | |
| ATALLA  ATALLA | * | MAGISTRATE 5 |

## MEMORANDUM IN SUPPORT OF
## MOTION TO MODIFY SENTENCE

NOW INTO COURT through undersigned counsel, Defendant, Atalla Atalla, who submits this Memorandum in support of his request to modify the sentence, handed down in the above captioned matter.

Defendant was sentenced to a year and a day by this Honorable Court and began serving his sentence on October 31, 2018.  On March 19 2019, he was allowed to enter a halfway house where he is presently serving the remainder of his sentence.

On information and belief, Mr. Atalla's home confinement eligibility begins on August 5, 2019 and his incarceration sentence is scheduled to end on September 12, 2019.   At that time he will begin supervised release.

Mr. Atalla feels the Court modifying his sentence to allow him to serve the remainder of his sentence under home confinement will best serve the interest of justice.  If this is facilitated he will be able to secure a second job, which would allow him to support his family and continue to pay the restitution owed in this case.  Mr. Atalla would also be able to assist his children in their academic endeavors and assist his wife in their household needs that she cannot handle herself due to her inability to speak the English language.

It is his belief that his second source of income would aid his children greatly and he would be able to perform these tasks from his home while under home confinement.

Although the U S Attorney's office has stated their objection to this modification, Defendant believes it is in the interest of justice for the remainder of his sentence to be served in home incarceration in lieu of a halfway house.

Respectfully submitted,

  *Joseph P. Raspanti*
  Joseph P. Raspanti LA Bar #17897
  Michael G. Raspanti  LA Bar #35968
  RASPANTI LAW FIRM, LLC
  3900 N. Causeway Blvd., Suite 1470
  Metairie, LA 70002
  Telephone: (504) 836-7330
  FAX: (504) 832-8069

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record, this 10th Day of May 2019 by electronic filing through CM/ECF at www.laed.uscourts.gov

*Joseph P. Raspanti*